# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | CV 21-2100 MWF (AFMx) | Date: June 24, 2021 |
| Title | Star Fabrics, Inc. v. Shoptiques, Inc., et al. | |

Present: The Honorable: **MICHAEL W. FITZGERALD**, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on March 8, 2021. (Docket No. 1). On May 6 and 19, 2021, Plaintiff filed Proofs of Service of the Summons and Complaint on Defendant Shoptiques, Inc. (Docket No. 10), and Defendant KOI Clothing Inc. (Docket No. 11).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JULY 9, 2021**.

- ■ BY DEFENDANTS: RESPONSES TO THE COMPLAINT. The parties may also file appropriate stipulations to extend the time within which Defendants must respond to the Complaint.

    OR

- ■ BY PLAINTIFF: APPLICATIONS FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **July 9, 2021** will result in the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | CV 21-2100 MWF (AFMx) | Date: June 24, 2021 |
| Title | Star Fabrics, Inc. v. Shoptiques, Inc., et al. | |

IT IS SO ORDERED.

Initials of Preparer: RS/sjm